In the Matter of the Claim of RAYMOND BUHOLTZ, Respondent, against HENRY J. KEARSE et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued October 7, 1943; decided November 18, 1943.

*Charles D. Mercer* and *John D. Sullivan* for appellants.

*Nathaniel L. Goldstein, Attorney-General* (*Roy Wiedersum* and *Orrin G. Judd* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.